IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia          :
                              :
       v.                  : No. 515 C.D. 2019
                              :
RB Parking, LLC,         :
             Appellant    :

**PER CURIAM**                **O R D E R**

NOW, August 21, 2020, having considered Appellants' application for reconsideration/reargument, the application is denied.